# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

| Case No.: | 19-68348-PWB | Trustee Name: | (300320) S. Gregory Hays |
| Case Name: | LITTLE, STEVEN ALAN | Date Filed (f) or Converted (c): | 11/14/2019 (f) |
| | | § 341(a) Meeting Date: | 12/17/2019 |
| For Period Ending: | 06/30/2020 | Claims Bar Date: | 04/21/2020 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | One-Half Interest - 9117 Fairfield Approach, Jonesboro, GA 30236<br>Exemption allowed at $22,700 per Order sustaining Trustee's objection, Dkt # 48. | 78,995.00 | 5,257.05 | | 0.00 | 95,000.00 |
| 2 | 1998 Mercedez 320, 312000. miles<br>Notice of abandonment filed on 1/21/20, Dkt # 28. | 2,000.00 | 2,000.00 | OA | 0.00 | FA |
| 3 | Bedroom furniture | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 4 | TV, Radio | 500.00 | 500.00 | | 0.00 | FA |
| 5 | China | 500.00 | 500.00 | | 0.00 | FA |
| 6 | Firearms, shotgun<br>Notice of abandonment filed on 1/21/20, Dkt # 28. | 100.00 | 100.00 | OA | 0.00 | FA |
| 7 | Suits | 400.00 | 400.00 | | 0.00 | FA |
| 8 | Watch | 100.00 | 100.00 | | 0.00 | FA |
| 9 | 2 Dogs<br>Notice of abandonment filed on 1/21/20, Dkt # 28. | 100.00 | 100.00 | OA | 0.00 | FA |
| 10 | Computer, fax desk, chair | 500.00 | 500.00 | | 0.00 | FA |
| 11 | Cash | 550.45 | 550.45 | | 0.00 | 550.45 |
| 12 | Checking account: Wells Fargo | 900.00 | 900.00 | | 0.00 | 900.00 |
| 13 | Machinery, work shop, Tools | 600.00 | 600.00 | | 0.00 | FA |
| 14 | Bike, Wights (u)<br>Added per amended schedules, Dkt # 15. | 50.00 | 50.00 | | 0.00 | FA |
| 14 | Assets    Totals    (Excluding unknown values) | $89,295.45 | $15,557.50 | | $0.00 | $96,450.45 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 19-68348-PWB  
**Case Name:** LITTLE, STEVEN ALAN  

**For Period Ending:** 06/30/2020

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 11/14/2019 (f)  
**§ 341(a) Meeting Date:** 12/17/2019  
**Claims Bar Date:** 04/21/2020

**Major Activities Affecting Case Closing:**

    Trustee is pursuing sale of real property along with Trustee Ogier, who is the Trustee for the Debtor's ex-wife.

**Initial Projected Date Of Final Report (TFR):** 03/31/2022   **Current Projected Date Of Final Report (TFR):** 03/31/2022

07/30/2020  
Date

/s/S. Gregory Hays  
S. Gregory Hays